UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

CRAIG HAUSER,

    Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC d/b/a
OXFORD MANAGEMENT SERVICES

    Defendant.

_____/

**COMPLAINT**
**JURY DEMAND**

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

**PARTIES**

3. Plaintiff, CRAIG HAUSER, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, OXFORD COLLECTION AGENCY, INC. d/b/a OXFORD MANAGEMENT SERVICES, is a professional corporation and citizen of the State of New York with its principal place of business at 135 Maxess Road, Melville, New York 11747.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes, actually due by some other person.

10. Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> June 15, 2010
> This is a message for Risha Abelard. If we reached the wrong number for this person, please call us back at 877-217-5762 to remove your phone number. If you're not Risha Abelard, please hang up and disconnect. If you are Risha Abelard, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this

2

message, you acknowledge that you are Risha Abelard. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. I'm calling from Oxford Management Services. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. Please contact me about an important business matter at 877-380-8541 referencing claim number 38121849. Again, please call 877-380-8541 referencing claim number 38121849. Thank you and have a good day.

June 16, 2010
This is a message for Risha Abelard. If we reached the wrong number for this person, please call us back at 877-217-5762 to remove your phone number. If you're not Risha Abelard, please hang up or disconnect. If you are Risha Abelard, please continue to listen to this message. There will now be a three second pause in this message. By continuing to listen to this message, you acknowledge that you are Risha Abelard. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a three second pause in this message to allow you to listen to this message in private. I'm calling from Oxford Management Services. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. Please contact me about an important business matter at 877-380-8541 referencing claim number 38121849. Again, please call 877-380-8541 referencing claim number 38121849. Thank you. Have a good day.

11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.    The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. The messages appear to be seeking to collect a debt from Risha Abelard.

14. Plaintiff is not liable for the debt of Risha Abelard, nor does Plaintiff know Risha Abelard.

15. It is harassing to telephone a person who does not owe debts and then require the non-obligated party to listen to and respond telephone messages.

16. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

17. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

## COUNT I
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone, in violation of 15 U.S.C §1692d. See Order Denying Defendants' Motion to Dismiss Count IV (DE 19), *Clarke, Kerryjoe N. v Weltman, Weinberg & Reis, Co., et al.,* Case No.: 10-60600-Civ-Cohn/Seltzer (S.D. Fla July 15, 2010),

(holding that the same conduct can separately support a violation of both the FDCPA and TCPA).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658