UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-61297-Civ-Seitz/Simonton

CRAIG HAUSER,

    Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC. d/b/a
OXFORD MANAGEMENT SERVICES,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendant is apparently out of business. Plaintiff voluntarily dismisses this action without prejudice.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:   11-61297-Civ-Seitz/Simonton

CRAIG HAUSER,

    Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC. d/b/a
OXFORD MANAGEMENT SERVICES,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## SERVICE LIST

OXFORD COLLECTION AGENCY, INC. d/b/a
OXFORD MANAGEMENT SERVICES
C/o CORPORATION SERVICE COMPANY
1201 Hays Street
Tallahassee, Florida 32301

Via U.S. Mail.