UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61297-CIV-SEITZ/SIMONTON

CRAIG HAUSER,

    Plaintiff,

vs.

OXFORD COLLECTION AGENCY, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS MATTER came before the Court Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 8] indicating that Plaintiff voluntarily dismisses his action without prejudice. Upon review, it is

ORDERED that

(1) This action is DISMISS WITHOUT PREJUDICE.

(2) All pending motions not ruled upon are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED at Miami, Florida, this 14 day of July, 2011.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Simonton
        Counsel of Record